IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CIVIL ACTION NO.: 5:19-cv-00030-BO

| | |
|---|---|
| TSEGEREDA BEYENE, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>INTERNATIONAL BUSINESS )<br>MACHINES CORPORATION, )<br>)<br>Defendant. ) | **ORDER GRANTING SECOND**<br>**CONSENT MOTION TO STAY**<br>**PROCEEDINGS AND TO EXTEND THE**<br>**TIME TO MOVE, SERVE AN ANSWER**<br>**OR OTHERWISE PLEAD TO**<br>**PLAINTIFF'S AMENDED COMPLAINT** |

**THIS MATTER** having come before this Court on Defendant's Second Consent Motion for an Order to stay proceedings for sixty (60) days until June 21, 2019 and to extend the time allowed to move, serve an Answer or otherwise plead to Plaintiff's Amended Complaint for thirty (30) days after the expiration of the stay of proceedings; and

It appearing to this Court that good cause exists for the granting of this Motion; and that said motion should be allowed;

**IT IS NOW THEREFORE ORDERED** that the Consent Motion to Stay Proceedings shall be and the same is hereby GRANTED;

**IT IS FURTHER ORDERED** that this matter shall be stayed for a period of sixty (60) days until June 21, 2019.

**IT IS FURTHER ORDERED** that the time allowed for Defendant to move, serve an Answer or otherwise plead to Plaintiff's Amended Complaint shall be extended to thirty (30) days after the expiration of the stay.

IT IS SO ORDERED.

This the 18 day of April, 2019.

TERRENCE W. BOYLE
CHIEF UNITED STATES DISTRICT JUDGE